UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Court No. 05-11609-WGY
)
HEMCHANDRA TIWARI, )
)
    Defendant. )

## UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Hemchandra Tiwari (hereinafter "Tiwari"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Tiwari is indebted to the United States for the principal amount of $75,139.99; plus $3,022.30 accrued interest; plus costs. The total balance as of December 20, 2005 is $78,162.29.

2. The submitted affidavit of Tricia L. Desingco, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Tiwari's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Tiwari for failing to plead to, or otherwise defend, the complaint in the above captioned action.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

Dated: December 20, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.            Boston, MA

I hereby certify that on this day, I served a copy of the foregoing by mailing to Hemchandra Tiwari at 44 Wilmington Road, Burlington, MA 01803.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 05-11609-WGY-WGY |
| ) | |
| HEMCHANDRA TIWARI, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT**

I, Tricia L. Desingco, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Hemchandra Tiwari (hereinafter "Tiwari"). I am also the custodian of the records for such cases.

3. Tiwari was served, according to the return of service, with a summons and complaint on August 2, 2005 at 44 Wilmington Road, Burlington, MA 01803. See attached exhibit "A". As of December 20, 2005, Tiwari has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

Tricia L. Desingco
Paralegal

Date: December 20, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 20 day of Dec., 2005.

Notary Public

My commission expires: 2/16/07

Case 1:05-cv-11609-WGY    Document 2    Filed 10/14/2005

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT A**
See Instructions for "Service of P
on the reverse of this form.

EXHIBIT A

| PLAINTIFF | United States of America | COURT CASE NUMBER | 05-11609-WGY |
|---|---|---|---|
| DEFENDANT | Hemchandra Tiwari | TYPE OF PROCESS | Summons + Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hemchandra Tiwari

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
44 Wilmington Rd., Burlington, MA 01803

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tricia DeSinger
U.S. Attorney's Office
Financial Litigation Unit
One Courthouse Way
Boston, MA 02210

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service prior to November 2.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Tricia DeSinger
TELEPHONE NUMBER: 617-748-3308
DATE: 8/2/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Inlauere
Date: 8/2/05

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Mr. Deepak Tiwari (Defendant's Cousin)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
(Same)

Date of Service: 10-07-05
Time: 7:25 am

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 18.98 | — | 108.98 | — | — | |

REMARKS: 1st Endeavor — 09-30-05 8:30 AM (No Answer) - DUSM Neal

PRIOR EDITIONS MAY BE USED            1. **CLERK OF THE COURT**            FORM USM-285 (Rev. 12/15/80)